Lazaro H. Minto

4/5/2015

RE: Probation Relief.

To: Judged of the Fifth Circuit

*Docket # 1-97CR146*
*Motion For Relief of Supervise Release*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 27 2015
DAVID J MALAND, CLERK
DEPUTY _____

Your Honor, I Lazaro H. Minto is respectfully requesting early termination of my Federal Probation.

Your honor, I have paid all my financial obligations, finished all required drug/alcohol obligation classes. As of right now I am on a monthly Electronic reporting status as of my release from the half-way house on May 11, 2012. I have had no incidents since I was released from Federal Prison on October 18, 2011. I am doing my up-most to leave my past behind and continue with the fresh start I have been handed. While on Probation I have been continued employed, attended Smith & Salomon Truck Driving School And have been employed with Roadtex since February,2013. I am currently working on Property I inherit From my Parents, Doing dire needful home improvements. Since the Passing of my Father , I have been Handling the financial obligations of my elderly Mother who has onset of Dementia.

Your Honor, I have done almost three years of a five year Probation Sentence. During this time I ponder My actions and I today acknowledged they where Illegal and Morally Wrong.

Your Honor, one of a few Reasons Im Requesting early termination is so I can move on with my life, and Advance in my career. When I am offered a greater opportunity and conditions were to pass a background check, I cringe at the failing results. I get informed to return for employment once my Probation Terminates.

I Humbly, Thank Youm, for Considering my Request.

Sincerely

*[signature]*