Lazaro H. Mims
10-Fifth St
Elizabeth, NJ 07206



Attn: Clerk
Court Clerk
OK# 1970CP1970
Supervision...

Jack Brook Federal Bldg
U.S. Courthouse
300 Willow St
Suite 104
Beaumont, Texas 77701