Prob. 35

## UNITED STATES DISTRICT COURT

for the

### EASTERN DISTRICT OF TEXAS

**United States of America**

    v.                                   Docket Number 1:97CR00146-001

**Humberto Lazaro Minto**

*Report and Order Terminating Supervision Prior to the Original Expiration Date*

    As part of the sentence imposed in the above referenced cause number, Humberto Lazaro Minto was placed on supervised release for a period of 5 years, which commenced on June 10, 2012. Since that time, he has complied with the conditions of supervision, including the payment of all financial obligations. It is accordingly recommended that pursuant to the provisions of 18 U.S.C. §§ 3564(c) and 3583(e)(1), Humberto Lazaro Minto be discharged from supervision.

Respectfully submitted,                              Approved by:

_____        _____
U.S. Probation Officer                              Supervising U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that Humberto Lazaro Minto be discharged from supervision effective upon this Order being filed with the U.S. District Clerk's Office.

Dated this __14__ day of __December__, __2015__.

_____
United States District Judge